AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone: (949) 823 6900

LEAH GODESKY  (S.B. #336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700

*Counsel for Defendant*
*Abbott Laboratories*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY FURIA et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ABBOTT LABORATORIES and the UNITED STATES FOOD AND DRUG ADMINISTRATION,<br><br>                    Defendants. | Case No.  4:26-CV-01945-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR DEFENDANT ABBOTT LABORATORIES TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)** |

## ORDER

The Court has reviewed the Stipulation filed by Plaintiffs Dorothy Furia et al. and Defendant Abbott Laboratories ("Abbott") to extend Abbott's time to file a responsive pleading to June 15, 2026.  The Stipulation is incorporated herein by reference.  Good cause appearing thereon, the Court hereby rules as follows:

Abbott's time to file a responsive pleading to the Complaint is extended.  Abbott shall file its responsive pleading to the Complaint on or before June 15, 2026.

**IT IS SO ORDERED.**

Dated:____4/24/2026_____

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

- 2 -

Order on Stipulation to
Extend Time to Respond
to Complaint
4:26-cv-01945-HSG