AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone: (949) 823 6900

LEAH GODESKY (S.B. #336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700

*Counsel for Defendant*
*Abbott Laboratories*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY FURIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES and the UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendants. | Case No. 4:26-cv-01945-HSG <br><br> Hon. Haywood S. Gilliam, Jr. |
| SCOTT SHELP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES and the UNITED STATES FOOD AND DRUG ADMINISTRATION, <br><br> Defendants. | Case No.  4:26-cv-02079-HSG <br><br> **JOINT STIPULATION AND ORDER REGARDING DEFENDANT ABBOTT LABORATORIES' UNOPPOSED ADMINISTRATIVE MOTION FOR EXCESS PAGES** |

Joint Stipulation and Order  Regarding
Abbott's Motion for Excess Pages

Case No. 4:26-cv-01945-HSG
Case No. 4:26-cv-02079-HSG

Pursuant to Civil Local Rule 7-11 and 7-12, defendant Abbott Laboratories ("Abbott") and Plaintiffs Furia et al. and Shelp et al. ("Plaintiffs") (together, the "Parties") submit this Stipulation in support of Abbott's Unopposed Administrative Motion for Excess Pages. The Parties state as follows:

WHEREAS, Plaintiffs Furia et al. filed their Complaint against Abbott on March 5, 2026. Dkt. No. 1;

WHEREAS, Plaintiffs Shelp et al. filed their Complaint against Abbott on March 10, 2026. Dkt. No. 1;

WHEREAS, Abbott's deadline to respond to the complaints is July 15, 2026;

WHEREAS, each complaint asserts at least 10 claims against Abbott and each has multiple plaintiffs, requiring application of multiple states' laws;

WHEREAS, Abbott intends to file motions to dismiss in both cases.

WHEREAS, the Parties have conferred and, in view of the number of claims and issues underlying the complaints, as well as the number of plaintiffs asserting claims under different states' laws, agree that: (1) Abbott shall be permitted a 10-page increase in the page limit set forth by Civil Local Rule 7.2(b), such that Abbott's briefs in support of its motions to dismiss may be up to 35 pages in length, and (2) Plaintiffs shall be afforded the same 10-page increase in the page limit set forth by Civil Local Rule 7.4(b), such that Plaintiffs' opposition briefs may be up to 35 pages in length. The Parties further agree that, alternatively, Plaintiffs shall be permitted to file a single opposition brief up to 50 pages.

THE PARTIES HEREBY STIPULATE THAT:

1. Abbott may file briefs in support of its motions to dismiss of up to 35 pages.

2. Plaintiffs may file opposition briefs of up to 35 pages each, or a single consolidated opposition of up to 50 pages.

In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

Dated:  July 2, 2026                          Respectfully submitted,


By:      /s/ Amy Laurendeau

AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone: (949) 823-6900

LEAH GODESKY  (S.B. #336854)
lgodesky@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700

*Counsel for Defendant Abbott Laboratories*


By:      /s/ Behram V. Parekh

BEHRAM V. PAREKH (S.B. #180361)
bparekh@wisnerbaum.com
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, California 90025
Telephone: (310) 207-3233

*Counsel for Plaintiffs Dorothy Furia et al. and
Scott Shelp et al.*


## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/7/2026

The Honorable Haywood S. Gilliam, Jr.
United States District Judge

DENIED

*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA